# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM HASSAN MILHOUSE, : | |
|    Petitioner, : | |
| : | No. 1:15-CV-00013 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN DAVID EBBERT, : | |
|    Respondent : | |

## ORDER

**AND NOW**, this 15th day of November, 2017, upon consideration of Respondent and Petitioner's supplemental briefs (Doc. Nos. 48 and 51), and in accordance with the remand instructions by the Third Circuit (Doc. No. 45) and this Court's accompanying Memorandum, **IT IS ORDERED THAT**: Petitioner's motion to seal or redact the Government's response (Doc. No. 8), attached Exhibit (Doc. No. 8-1), and this Court's August 24, 2016 Memorandum (Doc. No. 17), is **DENIED**.

  s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge